## ANN FAY BARRY *v.* HISTORIC DISTRICT COMMISSION OF THE BOROUGH OF LITCHFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 682 (AC 27545), is denied.

*William C. Franklin,* in support of the petition.

Decided October 30, 2008

---

## PATRICK SOLANO *v.* SARA CALEGARI

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 731 (AC 28420), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*John Timbers,* in support of the petition.

Decided October 30, 2008